**Opinion issued May 12, 2022**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-22-00095-CV

_____

## IN RE EKAETTE EKANDEM, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Ekaette Ekandem, has filed a petition for writ of mandamus (1) asserting that the associate judge has not ruled upon a special exception filed by Relator and (2) requesting that our Court compel the presiding judge of the trial court

to hold a de novo hearing regarding Relator's special exception.[1] We deny the petition. Relator's motion for an emergency stay is dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Guerra, and Farris.

---

[1] The underlying case is *In the Interest of B.K.B., A Minor Child*, cause number 2016-55963, pending in the 310th District Court of Harris County, Texas, the Honorable Sonya L. Heath presiding.